BROADWAY IMPROVEMENT CO. v. HARRIS et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Broadway Improvement Company against Simon D. Harris and others. No opin-

ion. Application denied, with $10 costs. Order signed.